IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CLOUDING IP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-1453-LPS |
| | ) | |
| CITRIX SYSTEMS, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

**DEFENDANT CITRIX SYSTEMS, INC.'S MOTION TO DISMISS FOR LACK OF STANDING OR, IN THE ALTERNATIVE, AS VOID FOR CHAMPERTY**

Pursuant to Fed. R. Civ. P. 12(b)(1) and the common law doctrine of champerty, Defendant Citrix Systems, Inc. ("Citrix") respectfully requests that the Court dismiss Plaintiff Clouding IP LLC's ("Clouding") Complaint against Citrix for lack of standing or, in the alternative, as void for champerty.

Citrix has reviewed the arguments set forth in the briefs filed in support of the motions to dismiss filed in *Clouding IP LLC v. Google, Inc.* (C.A. No. 12-639-LPS), *Clouding IP LLC v. Amazon.com, Inc., et al.* (C.A. No. 12-641-LPS), and *Clouding IP LLC v. Motorola Mobility LLC* (C.A. No. 12-1078-LPS). *See* D.I. 102 and 128 in C.A. No. 12-639-LPS; D.I. 113 in C.A. No. 12-641-LPS; D.I. 93 and 116 in C.A. 12-1078-LPS. In addition, Citrix understands that, concurrent with the filing of Citrix's motion to dismiss: (1) EMC, Corp., EMC International US Holdings, Inc. and VMware, Inc. are filing a joint motion to dismiss in *Clouding IP LLC v. EMC Corp., et al.* (C.A. No. 13-01455-LPS); and (2) Rackspace Hosting, Inc., Rackspace U.S., Inc. and Jungle Disk, LLC are also filing a joint motion to dismiss in *Clouding IP LLC v. Rackspace Hosting, Inc., et al.* (C.A. No. 1200675-LPS). Citrix has reviewed the opening briefs to be filed with each of those motions as well.

Because the Complaint suffers from the same standing and champerty defects as explained in all of the aforementioned briefs, Citrix will not burden the Court with a duplicative brief, but instead relies upon and incorporates herein the arguments in the aforementioned briefs in support of its motion.

**WHEREFORE**, Citrix respectfully requests that the Court dismiss Clouding's Complaint against Citrix in its entirety for lack of standing or, in the alternative, as void for champerty.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Douglas J. Kline
Lana S. Shiferman
Robert Frederickson III
GOODWIN PROCTER LLP
53 State Street
Boston, MA 02109
(617) 570-1000

Dated: December 20, 2013
1134208

By: /s/ *Philip A. Rovner*
Philip A. Rovner (#3215)
Jonathan A. Choa (#5319)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneys for Defendant
Citrix Systems, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on December 20, 2013, the within document was filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorneys of record that the document has been filed and is available for viewing and downloading.

I further certify that on December 20, 2013, the within document was electronically mailed to the following persons:

### BY E-MAIL

Richard D. Kirk, Esq.
Stephen B. Brauerman, Esq.
Vanessa R. Tiradentes, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

Marc A. Fenster, Esq.
Brian D. Ledahl, Esq.
Dorian S. Berger, Esq.
Russ August & Kabat
12424 Wilshire Boulevard, 12th Fl.
Los Angeles, CA 90025
mfenster@raklaw.com
bledahl@raklaw.com
dberger@raklaw.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
provner@potteranderson.com