IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CLOUDING IP, LLC,                       )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )  ·   C.A. No. 13-1453-LPS
                                        )
CITRIX SYSTEMS, INC.,                   )       JURY TRIAL DEMANDED
                                        )
            Defendant.                  )

**DEFENDANT CITRIX SYSTEMS, INC.'S REPLY IN SUPPORT OF ITS
MOTION TO BIFURCATE DAMAGES FROM LIABILITY
AND TO STAY DAMAGES-RELATED FACT AND EXPERT DISCOVERY**

Defendant Citrix Systems, Inc. ("Citrix") previously incorporated the opening briefs of

defendants in related cases in support of Citrix's motion to bifurcate the issue of damages from

the issue of liability and to stay damages-related fact and expert discovery until resolution of the

liability issues.  In an effort to avoid burdening the Court with a duplicative reply brief in support

of this motion, Citrix hereby incorporates the arguments set forth in the briefs in support of the

motions to bifurcate damages from liability and to stay damages-related discovery filed by the

defendants in *Clouding IP LLC v. Google, Inc.* (C.A. 12-639-LPS), *Clouding IP LLC v.

Amazon.com, Inc., et al.* (C.A. 12-641-LPS), *Clouding IP, LLC v. Rackspace Hosting, Inc., et al.*

(C.A. 12-675-LPS), *Clouding IP LLC v. Motorola Mobility LLC* (C.A. 12-1078-LPS), *Clouding

IP LLC v. EMC Corp., et al..* (C.A. 13-1455-LPS), *Clouding IP, LLC v. Dropbox, Inc.* (C.A. 13-

1454-LPS), *Clouding IP LLC v. SAP AG, et al.* (C.A. 13-1456-LPS), *Clouding IP LLC v.

Verizon Online LLC, et al.* (C.A. 13-1458-LPS), *Clouding IP LLC v. AT&T, Inc.* (C.A. 13-1342-

LPS), *Clouding IP LLC v. CA, Inc.* (C.A. 13-1338-LPS), *Clouding IP LLC v. Siemens

Enterprise*s (C.A. 13-1457-LPS), and *Clouding IP LLC v. Hewlett-Packard Co.* (C.A. 13-1341-

LPS).  *See* D.I. 114 and 130 in C.A. 12-639-LPS; D.I. 127 and 141 in C.A. 12-641-LPS; D.I. 133

and 146 in C.A. 12-675-LPS; D.I. 104 and 118 in C.A. 12-1078-LPS; D.I. 34 in C.A. 13-1455-

LPS; D.I. 24 in C.A. 13-1454-LPS; D.I. 21 in C.A. 13-1456-LPS; D.I. 24 in C.A. 13-1458-LPS;

D.I. 22 in C.A. 13-1342-LPS; D.I. 22 in C.A. 13-1338-LPS; D.I. 25 in C.A. 13-1457-LPS; D.I.

21 in C.A. 13-1341-LPS.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Douglas J. Kline
Lana S. Shiferman
Robert Frederickson III
GOODWIN PROCTER LLP
53 State Street
Boston, MA  02109
(617) 570-1000

Dated:  January 15, 2014
1136343

By:  */s/ Philip A. Rovner*
     Philip A. Rovner (#3215)
     Jonathan A. Choa (#5319)
     Hercules Plaza
     P.O. Box 951
     Wilmington, DE  19899
     (302) 984-6000
     provner@potteranderson.com
     jchoa@potteranderson.com

*Attorneys for Defendant*
*Citrix Systems, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on January 15, 2014, the within document was

filed with the Clerk of the Court using CM/ECF which will send notification to the registered

attorneys of record that the document has been filed and is available for viewing and

downloading.

I further certify that on January 15, 2014, the within document was electronically mailed

to the following persons:

### BY E-MAIL

Richard D. Kirk, Esq.
Stephen B. Brauerman, Esq.
Vanessa R. Tiradentes, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

Marc A. Fenster, Esq.
Brian D. Ledahl, Esq.
Dorian S. Berger, Esq.
Russ August & Kabat
12424 Wilshire Boulevard, 12th Fl.
Los Angeles, CA 90025
mfenster@raklaw.com
bledahl@raklaw.com
dberger@raklaw.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
provner@potteranderson.com