IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CLOUDING IP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-1453-LPS |
| | ) | |
| CITRIX SYSTEMS, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

**DEFENDANT CITRIX SYSTEMS, INC.'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS FOR LACK OF STANDING OR, IN THE ALTERNATIVE, AS VOID FOR CHAMPERTY**

Defendant Citrix Systems, Inc. ("Citrix") previously incorporated the opening briefs of defendants in related cases in support of Citrix's motion to dismiss Plaintiff Clouding IP LLC's ("Clouding") Complaint against Citrix for lack of standing or, in the alternative, as void for champerty. In an effort to avoid burdening the Court with a duplicative reply brief in support of this motion, Citrix hereby incorporates the arguments set forth in the briefs filed in support of the motions to dismiss filed in *Clouding IP LLC v. Google, Inc.* (C.A. No. 12-639-LPS), *Clouding IP LLC v. Amazon.com, Inc., et al.* (C.A. No. 12-641-LPS), *Clouding IP LLC v. Motorola Mobility LLC* (C.A. No. 12-1078-LPS), *Clouding IP LLC v. EMC Corp., et al.* (C.A. No. 13-01455-LPS) and *Clouding IP LLC v. Rackspace Hosting, Inc., et al.* (C.A. No. 12-00675-LPS). *See* D.I. 102 and 128 in C.A. No. 12-639-LPS; D.I. 113 and 138 in C.A. No. 12-641-LPS; D.I. 93 and 116 in C.A. 12-1078-LPS; D.I. 33 in C.A. No. 13-01455-LPS; and D.I. 167 in C.A. No. 12-00675-LPS.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Douglas J. Kline
Lana S. Shiferman
Robert Frederickson III
GOODWIN PROCTER LLP
53 State Street
Boston, MA 02109
(617) 570-1000

Dated: January 15, 2014
1136342

By: */s/ Philip A. Rovner*
    Philip A. Rovner (#3215)
    Jonathan A. Choa (#5319)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    provner@potteranderson.com
    jchoa@potteranderson.com

*Attorneys for Defendant*
*Citrix Systems, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on January 15, 2014, the within document was filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorneys of record that the document has been filed and is available for viewing and downloading.

I further certify that on January 15, 2014, the within document was electronically mailed to the following persons:

### BY E-MAIL

Richard D. Kirk, Esq.
Stephen B. Brauerman, Esq.
Vanessa R. Tiradentes, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

Marc A. Fenster, Esq.
Brian D. Ledahl, Esq.
Dorian S. Berger, Esq.
Russ August & Kabat
12424 Wilshire Boulevard, 12th Fl.
Los Angeles, CA 90025
mfenster@raklaw.com
bledahl@raklaw.com
dberger@raklaw.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
provner@potteranderson.com